## IN THE UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA   :
           :  CRIMINAL ACTION
      v.     :
           :  NO. 03-148-1
GLENN FLEMMING     :
           :

## <u>ORDER</u>

  **AND NOW,** this _4th ___ day of __January___, 2012, it is **ORDERED** that Defendant's pro se Motion for Modification of Sentence Based Upon Crack/Powder Disparity Pursuant to § 3582(c)(2) (ECF No. 113) is **DENIED** as moot because counsel has been appointed (ECF No. 114), and has filed a revised Motion for Modification of Sentence Based Upon Crack/Powder Disparity Pursuant to § 3582(c)(2) (ECF No. 115).


        s/Anita B. Brody

        _____

        ANITA B. BRODY, J.



Copies **VIA ECF** on _____ to:     Copies **MAILED** on _____ to: